ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/22/2025 12:21 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00086-CV**

# IN THE COURT OF APPEALS
# FOR THE FIFTEENTH DISTRICT OF TEXAS
# AT AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/22/2025 12:21:09 PM
CHRISTOPHER A. PRINE
Clerk

CITY OF GRAND PRAIRIE, ET AL.,
*Appellants – Plaintiffs*

CITY OF BROWNSVILE, CITY OF ANNA, AND CITY OF BONHAM
*Appellants – Intervenor Plaintiffs*

2020 LONG TAIL TRAIL INVESTMENTS, LLC
*Appellants – Intervenor Defendant*

v.

THE STATE OF TEXAS, ATTORNEY GENERAL KENNETH PAXTON, IN HIS OFFICIAL CAPACITY, TEXAS COMPTROLLER OF PUBLIC CAPACITY, TEXAS COMPROLLER OF PUBLIC ACCOUNTS GLENN HAGAR, IN HIS OFFICIAL CAPACITY, AND THE OFFICE OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
*Appellees – Defendants*

## APPELLANTS – INTERVENOR PLAINTIFFS CITY OF ANNA and CITY OF BONHAM's SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure,

Appellants – Intervenor Plaintiffs, City of Anna ("Anna") and City of Bonham

("Bonham")(collectively, "Movants") respectfully requests an approximately two week extension of time to file their reply briefs.[1]

1. Movants filed a notice of appeal on May 8, 2025.

2. Movants' principal brief was filed on August 15, 2025.

3. Appellee's response brief was due Monday, September 15, 2025 and requested a 30-day extension until October 15, 2025 which was granted.

4. Appellees filed a second unopposed motion for extension of time for an additional 16 days, which was granted and extended their response deadline to October 31, 2025.

5. Appellees filed a third unopposed motion for extension of time for an additional 14 days extending their deadline to November 14, 2025.

6. Appellant Cities (the parties other than Anna and Bonham who constitute plaintiffs in the original suit) filed an unopposed extension of time for their reply brief on December 1, 2025, which was granted and extended their reply brief deadline to December 29, 2025. Movants were granted a similar extension after their unopposed motion was filed December 4, 2025.

---

[1] Although Anna and Bonham are represented by the same attorneys in this cause, they are independent parties operating under separate pleadings. Due to differences between them, they may submit separate briefs as this appeal progresses. That said, they are joined in this request for extension of their deadlines to file reply briefs.

7. Appellant Cities filed a second unopposed motion for extension of time for their reply brief on December 18, 2025, which was granted and extended their deadline to January 8, 2026.

8. Movants current deadline to file a reply brief is December 29, 2025.

9. The Movants seek additional time to file their respective briefs, in part due to the complexity of the issues and the unexpected events which have disrupted timing matters for the other appellants. In addition, the requested extension of the Movants' deadlines will synchronize them with other appellants: it should enhance judicial efficiency, reduce chances for confusion, and will cause no additional delays in final resolution of the case.

10. The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

11. Appellees are unopposed to the relief requested herein.

12. One extension was previously requested and granted to extend the time to file the Movants' reply brief. It is not anticipated that the Movants will seek any further extensions of this deadline.

WHEREFORE, Appellants – Intervenor Plaintiffs, Cities of Anna and Bonham, pray that the Court grant this motion and likewise extend the time to file their reply briefs to the same deadline as provided to other parties,

that being January 8, 2026.

Respectfully submitted,


/s/David Overcash

David Overcash
State Bar No. 24075516
david.overcash@wtmlaw.net

Clark McCoy
State Bar No. 90001803
cmccoy@wtmlaw.net

WOLFE, TIDWELL & MCCOY, LLP
2591 N. Dallas Parkway, Suite 300
Frisco, Texas 75034
972.712.3530 telephone
972.712.3540 facsimile

**ATTORNEYS FOR
CITY OF ANNA, TEXAS and
CITY OF BONHAM, TEXAS**

## CERTIFICATE OF CONFERENCE

On or before December 22, 2025, counsel for the Movants participated in conference with counsel for appellees and the Appellant Cities regarding the merits of this motion, and all indicated that they are unopposed to the requested extension.

/s/ David Overcash

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been sent via electronic service to all attorneys of record, in compliance with Rule 6.3 of the TEXAS RULES OF APPELLATE PROCEDURE, on December 22, 2025.

/s/ David Overcash

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Crystal Adams on behalf of David Overcash
Bar No. 24075516
cadams@wtmlaw.net
Envelope ID: 109364471
Filing Code Description: Motion
Filing Description: Appellants-Intervenor Plaintiffs City of Anna and City of Bonham's Second Unopposed Motion for Extension of Time to File Brief
Status as of 12/22/2025 12:27 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Holt | | jennifer.holt@oag.texas.gov | 12/22/2025 12:21:09 PM | SENT |
| Allison Collins | 24127467 | Acollins@fosterswift.com | 12/22/2025 12:21:09 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 12/22/2025 12:21:09 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 12/22/2025 12:21:09 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 12/22/2025 12:21:09 PM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 12/22/2025 12:21:09 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 12/22/2025 12:21:09 PM | SENT |
| Sherry Brown | | sherry@txmunicipallaw.com | 12/22/2025 12:21:09 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 12/22/2025 12:21:09 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 12/22/2025 12:21:09 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 12/22/2025 12:21:09 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 12/22/2025 12:21:09 PM | SENT |
| William Thompson | | will@lkcfirm.com | 12/22/2025 12:21:09 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 12/22/2025 12:21:09 PM | SENT |
| Guillermo Trevino | | will.trevino@brownsvilletx.gov | 12/22/2025 12:21:09 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 12/22/2025 12:21:09 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 12/22/2025 12:21:09 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 12/22/2025 12:21:09 PM | SENT |
| David Overcash | | david.overcash@wtmlaw.net | 12/22/2025 12:21:09 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 12/22/2025 12:21:09 PM | SENT |